IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| GARY OLSEN, an individual, and<br>K. JAYCE HOWELL, an individual,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>JONATHAN SANSTEAD, an individual;<br>and, SANSTEAD LAW OFFICE, PLLC,<br>a North Dakota Professional Limited<br>Liability Company,<br><br>　　　　Defendant(s). | **ORDER FOR MID-DISCOVERY<br>STATUS CONFERENCE**<br><br><br><br><br><br><br><br>Case No. 1:23-cv-00205 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on March 1st, 2024, at 9:30 a.m. before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 18th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　/s/ Clare R. Hochhalter
　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court