# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gary Olson, an individual and K. Jayce Howell, an individual, | ) ) ) ) |
| Plaintiff, | ) **ORDER** ) |
| vs. | ) ) Case No. 1:23-cv-205 |
| Jonathan Sanstead, an individual et al., | ) ) |
| Defendants. | ) |

The Court has been advised that the remaining parties have reached a settlement. Pursuant to Local Civil Rule 41.1, the parties are directed to file their closing documents within thirty (30) days from the date of this order. See D.N.D. Civ. L. R. 41.1.

**IT IS SO ORDERED**.

Dated this 15th day of May, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court